UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

v.                                                              Case No: 6:20-cr-86-RBD-EJK

JUSTINA MARIA HOLLAND,

     Defendant.

_____/

### UNOPPOSED MOTION FOR LEAVE TO FILE SENTENCING MEMORANDUM AND APPENDIX UNDER SEAL

The Defendant, Justina Maria Holland, seeks leave of this Court under Local Rule 1.09 to file her sentencing memorandum and appendix under seal. This Court should seal indefinitely Ms. Holland's sentencing memorandum and appendix pursuant to the privacy rule of Health Insurance Portability and Accountability Act (HIPAA) of 1996, P.L. 104-191, and 45 C.F.R. pt. 160, 164. The memorandum and appendix contain intimate medical information that should remain private. Numerous cases note that medical records, including psychological evaluation and records are filed under seal. *E.g., United States v. Steinger*, 631 F.App'x. 915 (11th Cir. 2015); *United States v. Wilborn*, 2015 WL 1268256 (MDFL Orlando Division March 19, 2015).

The Court has previously granted a similar request to seal Ms. Holland's medical records containing substantially similar information. *See* Docs. 53 and 54.

Undersigned counsel has consulted with Assistant United States Attorney, Terry B. Livanos, and is authorized to state that the Government does not oppose the requested relief.

Respectfully submitted,

A. FITZGERALD HALL
Federal Defender, MDFL

 */s/Ali Kamalzadeh*
Ali Kamalzadeh, Esq.
Assistant Federal Defender
Florida Bar Number 0115995
201 South Orange Avenue, Ste 300
Orlando, Florida 32801
Telephone:  407-648-6338
Facsimile:   407-648-6765
E-Mail: ali_kamalzadeh@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that undersigned electronically filed the foregoing *Motion for Leave to File Under Seal* with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to Terry B. Livanos, Assistant United States Attorney, this 5th day of July 2021.

*/s/Ali Kamalzadeh*
Ali Kamalzadeh
Assistant Federal Defender

2