UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 6:20-cr-86-RBD-NWH

JUSTINA MARIA HOLLAND

### UNITED STATES' MOTION TO FILE RESPONSE UNDER SEAL

The defendant's fifth motion for compassionate release was filed under seal.

Doc. 186. Because the United States' response includes the defendant's medical

records and a discussion of the defendant's medical circumstances, the United States

moves for permission to file its response under seal.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:     /s/ *Risha Asokan*_____
         RISHA ASOKAN
         Assistant United States Attorney
         Florida Bar No. 1003398
         400 W. Washington Street, Suite 3100
         Orlando, Florida 32801
         Telephone: (407) 648-7500
         Facsimile: (407) 647-7643
         Email: risha.asokan2@usdoj.gov

**U.S. v. HOLLAND**                    **Case No. 6:20-cr-86-RBD-NWH**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 27, 2026, I sent a copy of the foregoing

motion to the defendant:

Justina M. Holland
Reg # 73612018
681 Addison Longwood Terrace
Apt 445
Longwood, FL 32750

/s/ *Risha Asokan* _____
RISHA ASOKAN
Assistant United States Attorney
Florida Bar No. 1003398
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 647-7643
Email: risha.asokan2@usdoj.gov

2