**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

v.                                                    Case No. 6:20-cr-86-RBD-NWH

JUSTINA MARIA HOLLAND

_____

## ORDER

This Order memorializes the Court's oral ruling at the hearing on Defendant's motion for compassionate release (Doc. 186), held last week (Doc. 199).

At the hearing, the Court advised the Government that if the Bureau of Prisons does not provide Defendant with an appointment with a breast surgeon —as specified in the urgent referral from Dr. Rivera Miranda dated January 21, 2026 (Doc. 192, pp. 14–15)—by **Friday, March 27, 2026**, then the Court will grant Defendant's motion for compassionate release. *See* U.S.S.G. § 1B1.13(b)(1)(C).

The Court also noted its concern that the Government represented in response to Defendant's motion that "[t]here is nothing on the face of the referral form that designates it as an emergency." (Doc. 190, p. 5.) True, the single page of the referral form provided with the *pro se* Defendant's motion does not designate it as an emergency. (Doc. 186, p. 30.) But the letter accompanying that referral form does note that the referral is "urgent," given Defendant's symptoms and medical

history. (Doc. 192, pp. 14–16.) While Defendant did not provide that letter with the initial motion, it is dated prior to the Government's response on January 28, 2026, so it should have been in the documents the Government's counsel obtained from the Bureau of Prisons and reviewed before preparing its opposition. And even if the Government did not receive the full referral at that time—which it should have—it received the full letter on February 11, when Defendant filed her reply (Doc. 192), and then presumably again on February 18, when the Government's counsel certified that the Court had received the entire medical record from the Bureau of Prisons (Doc. 198). The Court expects more from the Government's counsel.

**IT IS SO ORDERED**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on March 4, 2026.



ROY B. DALTON, JR.
United States District Judge

2